IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HERMAN FULWILEY,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECT ENERGY SERVICES, LLC,<br><br>    Defendant. | Case Number: 1:19-cv-07495<br><br>Honorable Judge Manish S. Shah |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HERMAN FULWILEY, and Defendant, DIRECT ENERGY SERVICES, LLC, by and through their attorneys, hereby stipulate to the dismissal of this Action with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

By: /s/ David B. Levin
Attorney for Plaintiff
Illinois Attorney No. 6212141
Law Offices of Todd M. Friedman, P.C.
333 Skokie Blvd., Suite 103
Northbrook, IL 60062
Phone: (224) 218-0882
dlevin@toddflaw.com

By: /s/ Molly K. McGinley
Attorney for Defendant
Ohio Attorney No. 0085628
K&L Gates LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602-4207
Phone: (312) 807-4419
molly.mcginley@klgates.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 8, 2020 a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                        /s/ David B. Levin
                                                      Attorney for Plaintiff