## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Herman Fulwiley

                    Plaintiff,

v.                                           Case No.: 1:19–cv–07495
                                           Honorable Manish S. Shah

Direct Energy Services, LLC, et al.

                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 8, 2020:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation of dismissal [26], this case is dismissed with prejudice and with each party to bear its own costs and attorney's fees. Civil case terminated. Notices mailed.(psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.